FILED
CLERK, U.S. DISTRICT COURT

5/12/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA VANDERLAAN, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>WAL-MART.COM USA, LLC, a California Limited Liability Corporation, and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.  2:19-cv-06154-JAK-SK<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE** |

   FOR GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION, THE FOLLOWING IS HEREBY ORDERED:

   1.   The prior dismissal without prejudice of the action against the Defendants is hereby converted to a dismissal with prejudice of the above-captioned action against the Defendants, together with all claims and/or causes of action arising therein; and

2. Plaintiff and the Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: May 12, 2020  _____
John A. Kronstadt
United States District Judge